DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KEVIN NORMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2454

_____

May 22, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Kevin Norman, pro se.

PER CURIAM.

Affirmed.

KELLY, LaROSE and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.